# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129764

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LUIS RUIZ,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129764
COA: 261741
Marquette CC: 01-038474-FH

On order of the Court, the application for leave to appeal the October 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005           _____
                                     Clerk

p1219